Same case below, 353 Fed. Appx. 827.

Same case below, 361 Fed. Appx. 96.

**No. 09-11309. Marcus Young, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 176, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6711.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 982 A.2d 672.

**No. 09-11314. Grover Reed, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 873, 131 S. Ct. 177, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6682.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 593 F.3d 1217.

**No. 09-11310. Derrick Anthony Timmons, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 176, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6914.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 437.

**No. 09-11315. Earl Davis Veal, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 177, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6758.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 590.

**No. 09-11312. Stephen Schnepf, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 176, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6728.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11316. Mario Weicks, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 177, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6897.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 844.

**No. 09-11313. Daniel Sawyer, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 176, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6645.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11318. Margarito Armijo, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 177, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6641.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.